IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-14-2-BO
NO. 4:13-CV-219-BO

| | |
|---|---|
| TYRON DUPREE GEORGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on the government's notice regarding the petition for rehearing en banc in *Whiteside v. United States*, 748 F.3d 541 (4th Cir. 2014). [DE 138]. The court of appeals has granted the government's petition for rehearing en banc and thus the panel opinion has been vacated. The resentencing in this matter shall therefore remain STAYED pending the en banc opinion in *Whiteside*.

Upon the issuance of mandate in *Whiteside*, the parties shall have fourteen (14) days to file briefs on the effect of the en banc opinion on this instant matter.

SO ORDERED.

This the 23 day of July, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE