IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-14-2-BO
NO. 4:13-CV-219-BO

| | |
|---|---|
| TYRON DUPREE GEORGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on petitioner's request for a continued stay. This matter was previously stayed pending the Fourth Circuit's en banc decision in *Whiteside v. United States*, 775 F.3d 180 (2014). The parties in this instant matter were directed to brief the Court on the effect of the *Whiteside* opinion within fourteen days of the issuance of mandate.

Mandate issued in *Whiteside* on February 10, 2015. Petitioner timely filed his supplemental brief pursuant to the Court's order; the government failed to comply with the Court's order to file a brief within fourteen days of the mandate.

Petitioner requests a continued stay of this matter pending the Fourth Circuit's decision in *United States v. Foote*, No. 13-7841. Petitioner contends that in *Foote* the court of appeals will address the issue of whether a career offender error is cognizable on collateral review. The Court finds there to be no prejudice to the government in granting petitioner's request for continued stay.

Accordingly, the stay in this matter is CONTINUED until mandate issues in *United States v. Foote*. The parties shall brief the Court on the effect of the opinion in *Foote* on petitioner's case within ten days of the issuance of the mandate.

SO ORDERED, this the ___ day of March, 2015.

					TERRENCE W. BOYLE
					UNITED STATES DISTRICT JUDGE

2

Case 4:11-cr-00014-BO   Document 142   Filed 03/18/15   Page 2 of 2