UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyron Dupree George**                    **Docket No. 4:11-CR-14-2BO**

### Petition for Action on Supervised Release

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyron Dupree George, who, upon an earlier plea of guilty to Distribution of 5 Grams or More of Cocaine Base (Crack) and Aiding and Abetting, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 9, 2011, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Tyron Dupree George was released from custody on December 22, 2015, at which time the term of supervised release commenced.

A Violation Report was submitted to the Court on December 7, 2016 regarding positive drug use (marijuana). Supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant admitted to using marijuana between Christmas and New Year's Eve. Due to his positive test and this recent admission, we are requesting that the defendant be assessed for drug treatment and follow the recommendations put forth by the treatment provider. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Jeffrey L. Keller                     /s/ Arthur B Campbell
Jeffrey L. Keller                         Arthur B Campbell
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8677
                                          Executed On: January 17, 2017

Tyron Dupree George
Docket No. 4:11-CR-14-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _____**19**_____ day of _____*January*_____, 2017, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge